UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
   :
MANOLO AJPOP,                                                      :   04 CV 5656 (ARR)
                                                                   :
                    Plaintiff,                                     :   NOT FOR ELECTRONIC
                                                                   :   OR PRINT
      -against-                                                    :   PUBLICATION
                                                                   :
RELIABLE ITALIAN ITALIAN BAKERY, INC., et al.                      :   OPINION AND ORDER
                                                                   :
                    Defendants.                                    :
                                                                   :
------------------------------------------------------------------ :
                                                                   X

ROSS, United States District Judge:

The Court has received the Report and Recommendation on the instant case dated August 29, 2005 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Having conducted a *de novo* review of the record, the Court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, this case is dismissed for failure to prosecute.

SO ORDERED.

                                                     _____
                                                     Allyne R. Ross
                                                     United States District Judge

Dated: September 14, 2005
       Brooklyn, New York

SERVICE LIST:

<u>Attorney for Plaintiff</u>
Jimmy M. Santos
Jimmy M. Santos PLLC
305 Broadway, 7th Floor
New York, NY 10007