UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MANOLO AJPOP,

JUDGMENT
04-CV- 5656 (ARR)

                Plaintiff,

-against-

RELIABLE ITALIAN BAKERY, INC., et al.,

                Defendants.
-----------------------------------------------------------X

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 15, 2005, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated August 29, 2005, after a *de novo* review of the record; and dismissing the case for failure to prosecute; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; and that the case is dismissed for failure to prosecute.

Dated: Brooklyn, New York
       September 15, 2005

                                                       ROBERT C. HEINEMANN
                                                       Clerk of Court